IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 18-05445 BKT |
| JUAN ANGEL NIEVES QUIÑONES<br>YAMIR GARCIA SEGARRA | CHAPTER 7 |
| DEBTORS | ADV. PROC. NO. 18-00138 BKT |
| JUAN ANGEL NIEVES QUIÑONES<br>YAMIR GARCIA SEGARRA | |
| PLAINTIFFS | |
| V. | |
| BANCO POPULAR DE PUERTO RICO | |
| WIGBERTO LUGO MENDER, ESQ.<br>CHAPTER 7 TRUSTEE | |
| DEFENDANTS | |

## INITIAL SCHEDULING CONFERENCE REPORT

**TO THE HONORABLE COURT:**

COME NOW, **Debtors-Plaintiffs and Defendant Banco Popular de Puerto Rico ("BPPR")**, represented by the undersigned attorneys, and very respectfully set forth and pray:

Pursuant to Federal Rule of Civil Procedure 26(f) – made applicable to bankruptcy proceedings by Federal Rules of Bankruptcy Procedure 7026 and 9014 – the Parties hereby submit their Discovery Plan and suggested deadlines for the litigation of the case in accordance with P.R. LBR 7016-1 and 7026-1(a):

Case:18-00138-BKT Doc#:13 Filed:03/30/19 Entered:03/30/19 08:40:50 Desc: Main
Document Page 2 of 3

2

1. The Parties agree that all disclosures under Federal Rules of Bankruptcy Procedure 7026(a)(1) will be made on or before April 30, 2019.

2. The Parties will conduct discovery concerning their respective claims and defenses pursuant to Federal Rule of Bankruptcy Procedure 7026(f)(2).

3. The Parties anticipate that discovery will be completed within 90 days and agree to a discovery closure date of June 28, 2019.

4. The Parties do not believe they need a deadline to join other parties or amend the pleadings; as such actions are not contemplated at this time. If applicable, the deadline for joinder of parties or to amend pleadings is on or before July 31st, 2019.

5. The Parties agree that the deadline to file dispositive and pre-trial motions will be August 30, 2019.

6. The Parties agree that a Joint Pre Trial Order will be filed on or before September 30, 2019 provided that no dispositive motions are filed by August 30, 2019. If a dispositive motion is filed, the Parties respectfully request the Court to set a Joint Pre Trial Order deadline in any decision or order denying dispositive relief.

7. The Parties believe that referral of this matter for mediation would not be helpful.

8. The Parties do not believe that a Pre Trial Conference before the Court would serve any purpose at this time.

9. The Parties stipulate that the present case cause of action is a core proceeding; they also stipulate to subject matter jurisdiction of the Court and consent to eventual entry of a judgment disposing of the case.

**WHEREFORE**, the appearing Parties through their respective undersigned attorneys of record, request that for the above state reasons this Court take notice of the

3

proposed scheduling conference report and grant such further and equitable or legal relief the Court deems necessary.

| | |
|---|---|
| **CARDONA JIMENEZ LAW OFFICES** <br> **ATTORNEY FOR DEFENDANT** <br> **PO Box 9023593** <br> **SAN JUAN PR 00902-3593** <br> **TEL. 787-724-1303** <br> **FAX 787-724-1369** <br> **EMAIL: jf@cardonalaw.com** | **RFIGUEROA CARRASQUILLO LAW OFFICE PSC** <br> **ATTORNEY FOR DEBTORS/PLAINTIFFS** <br> **PO BOX 186** <br> **CAGUAS PR 00726** <br> **TEL. 787-744-7699** <br> **FAX 787-746-5294** <br> **EMAIL: rfigueroa@rfclawpr.com** |
| *By: /s/José F. Cardona Jiménez* <br> USDC PR 134504 | *By: /s/Roberto Figueroa Carrasquillo* <br> USDC PR 203614 |

In San Juan, Puerto Rico this 30th day of March, 2019.

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

**I hereby certify** that on even date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following: the Chapter 7 Trustee, Wigberto Lugo Mender, Esq., José F. Cardona Jiménez, Esq. I also certify that a copy of this motion was sent via US Mail to the following non CM/ECF participants: None.

*/s/ROBERTO FIGUEROA CARRASQUILLO*
**USDC # 203614**
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
**ATTORNEY FOR PLAINTIFFS/DEBTORS**
**PO BOX 186 CAGUAS PR 00726**
**TEL. 787-744-7699 FAX 787-746-5294**
**EMAIL: rfigueroa@rfclawpr.com**