**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

**Minute Entry**

*Hearing Information:*

**Debtor**:   NIEVES QUINONES et al v. BANCO POPULAR DE PUERTO RICO et al
**Adversary Case Number**:   18-00138-BKT                                    **Chapter:**  7
**Date / Time / Room**: 04/03/2019 02:00 pm
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**:   CARMEN B. FIGUEROA
**Reporter / ECR**:    CARLOS APONTE

*Matter:*

Initial Scheduling Conference

*Appearances:*

ROBERTO FIGUEROA CARRASQUILLO FOR DEBTORS/PLAINTIFFS
JOSE F CARDONA JIMENEZ FOR BANCO POPULAR DE PUERTO RICO

*Proceedings and ORDER:*

The joint initial scheduling report's deadlines are adopted by the court (docket #13).

The parties are granted until June 28, 2019 to conclude discovery.

The parties are granted until July 12, 2019 to file a motion informing the Court how they intend to continue with the instant adversary proceeding.

SO ORDERED.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge