IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JUAN ANGEL NIEVES QUIÑONES<br>YAMIR GARCIA SEGARRA<br><br>Debtors<br><br>JUAN ANGEL NIEVES QUIÑONES<br>YAMIR GARCIA SEGARRA<br><br>Plaintiffs<br><br>BANCO POPULAR PUERTO RICO<br>WIGBERTO LUGO MENDER, TRUSTEE<br><br>Defendants | CASE NO. 18-05445 (BKT)<br><br>CHAPTER 7<br><br><br><br><br><br>Adversary No. 18-00138 |

**INFORMATIVE MOTION**

TO THE HONORABLE COURT:

COMES NOW defendant Banco Popular Puerto Rico ("BPPR") represented by the undersigned attorney and without submitting to the jurisdiction of the Court, respectfully sets forth and prays:

*The Facts*

1. That at the Initial Scheduling Conference held on April 3, 2019, the Court granted the parties until July 12, 2019 to inform the Court on how they wished to proceed with the litigation of the case.

2. That the appearing party understand that there is no controversy as to the salient facts of the case and it will proceed to file a motion for summary judgment within the next 10 days.

WHEREFORE the appearing Defendant prays for the Court to take notice with its compliance of the order issued at the Initial Scheduling Conference.

In San Juan, Puerto Rico this 12th day of July, 2019.

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on even date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Roberto Figueroa Carrasquillo, Esq.**, and **Wigberto Lugo Mender, Esq., Trustee, Esq**. Chapter 13 Trustee. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

*/s/ José F. Cardona Jiménez*
USDC PR 124504
CARDONA-JIMENEZ LAW OFFICES, PSC
Attorney for the Appearing Defendant
PO Box 9023593
San Juan, Puerto Rico 00902-3593
Tel. (787) 724-1303
Fax No. (787 724-1369
E-mail: jf@cardonalaw.com